# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. DAVID M. BICKEL                                              Docket No. 3:01CR00127(RNC)

### PETITION ON PROBATION AND SUPERVISED RELEASE

    **COMES NOW** Mark D. Myers, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of David M. Bickel, Jr. who was sentenced to 4 months, to be served at a Halfway House, for a violation of 18 U.S.C. § 1344, Bank Fraud, by the Honorable William O. Bertelsman sitting in the court at the Eastern District of Kentucky on August 23, 2000, under docket number 2:00-32, who fixed the period of supervision at 5 years which commenced on February 9, 2001, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: The defendant shall be placed on home detention for a period of four months, to commence upon release from imprisonment. During that time, the defendant shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at his place of residence without any special services, modems, answering machines, or cordless telephones for the above period. The defendant shall wear an electronic devise and shall observe the rules specified by the Probation Department. The defendant shall pay for the cost of electronic monitoring at the rate of $4.55 per day. The defendant is ordered to pay to the United States a special assessment of $200, which shall be due immediately. The defendant is ordered to make restitution to Bank One in the amount of $17,731.00 and to Huntington National Bank in the amount of $3,000.00. Jurisdiction was transferred on May 8, 2001, and the case was assigned to Robert N. Chatigny, United States District Judge.

    **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
The defendant is being cited for violating the following conditions of supervised release:

Charge # 1: Standard Condition: <u>You shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.</u> The defendant knowingly submitted false written monthly reports to the probation officer. He did so on at least eleven separate occasions between July 2002 and September 2005 and reported to have made restitution payments totaling $24,800.00, for which the District Clerk's Office has no record of payment. In three instances the defendant attached to his written monthly report a copy of the checks he allegedly submitted to the clerk as payment, which are in fact counterfeit. The defendant signed all of the aforementioned written monthly reports certifying that all information furnished is complete and correct and did so with the understanding that any false statement may result in a revocation of his supervised release.

Charge # 2: Standard Condition: <u>You shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.</u> During an office visit on February 3, 2006, and in the course of numerous telephone conversations on February 6, 2006, when confronted with the fact that the Clerk's Office had no record of his payments, the defendant continued to assert to the probation officer that he had been forwarding restitution payments.

Charge # 3: Special Condition: <u>The defendant is ordered to make restitution to Bank One in the amount of $17,731.00 and to Huntington National Bank in the amount of $3,000.00.</u> The defendant's last legitimate restitution payment was recorded on September 29, 2003, in the amount of $1,000. To date, he has paid $3,850 toward his restitution balance in the District of Connecticut. He previously paid $4,225 to the Eastern District of Kentucky, for a combined total of $8,075.

    **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons, tolling the period of supervised release and directing David M. Bickel to appear before this court at Hartford, Connecticut on 3/24/06 at 10:00 A.M., to show cause why supervision should not be revoked.

**ORDER OF COURT**

Considered and ordered this 7th day of February 2006 and ordered filed and made a part of the records in the above case.

The Honorable Robert N. Chatigny
Chief United States District Judge

Sworn to By

_Mark D. Myers_
Mark D. Myers
United States Probation Officer

Place: Hartford, CT
Date: 2/7/06

Before me, the Honorable Robert N. Chatigny, Chief United States District Judge, on this 7th day of February 2006, at Hartford, U.S. Probation Officer Mark D. Myers appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

The Honorable Robert N. Chatigny
Chief United States District Judge