# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## ORDER SETTING CONDITIONS OF RELEASE

CASE NO. __3:01CR127(RNC)__ USA v. __David M. Bickel, Jr.__

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(X) 1. The defendant shall not commit any offense in violation of federal, state or local law while on release in this case. If the defendant is arrested while on release, he shall immediately notify the pretrial services officer of his arrest.

(X) 2. The defendant shall immediately advise the court, defense counsel and the U.S. Attorney in writing of any change in address and telephone number. The defendant shall reside at _____.

(X) 3. The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed.

(X) 4. The defendant shall:
   a. ( ) maintain or actively seek employment.
   b. ( ) maintain or commence an educational program.
   c. (✓) have his/her travel restricted to Connecticut, __R.I. + Mass__
   d. ( ) have no direct or indirect contact with any known co-defendants, witnesses, gang members, or _____
   e. (✓) report to U.S. Probation Office as directed - __telephone weekly__
   f. ( ) submit to drug testing/counseling within the discretion of the pretrial services officer.
   g. (✓) submit to psychological counseling, __w/ Dr. Baranowski__
   h. (✓) comply with the following ~~curfew:~~ __no gambling; no new debt in excess of $2500 w/o advance notice to P.O., provide PO w/all loan applications.__
   i. ( ) refrain from possessing a firearm, destructive device or other dangerous weapons.
   j. ( ) refrain from excessive use of alcohol, and any use or possession or use of a narcotic drug and other controlled substances defined in 21 U.S.C. §802 unless prescribed by a licensed medical practitioner.
   k. ( ) surrender any passport to _____ by no later than _____.
   l. ( ) obtain no passport.
   m.( ) submit to electronic monitoring in accordance with requirements set by the pretrial services officer. The defendant ____ is or ____ is not responsible for payment of this device.
   n. (✓) execute a bond in the amount of $ __10,000 Non-Surety__ cosigned by _____. The bond shall obligate the defendant and the cosigner[s] to pay the United States the sum of money in the bond in the event that the defendant fails to appear as required or fails to surrender as directed for service of any sentence imposed.
   o. ( ) execute an agreement to forfeit upon failing to appear as required or surrender for sentence, the following sum of money or designated property: _____
   p. ( ) execute papers to secure the bond with property located at _____.
   q. ( ) The defendant is placed in the custody of _____ who agrees to supervise the defendant in accordance with all conditions of release, to use every effort to assure the appearance of the defendant at all scheduled court proceedings and to notify the court immediately in the event that the defendant violates any conditions of his/her release or disappears.
   r. ( ) The defendant is ordered to home confinement _____

Date: _____   Signed: _____
                                  Custodian or Proxy                    (Relationship)

Address: _____                         Tel. No. ( ) _____

AO 199C    (Rev.6/97) Advise of Penalties . . .                                     Page _____ of _____ Pages

## Advice of Penalties and Sanctions

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of a Federal offense while on pretrial release will result in an additional sentence of a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to 10 years of imprisonment, and a $250,000 fine or both to obstruct a criminal investigation. It is a crime punishable by up to ten years of imprisonment, and a $250,000 fine or both to tamper with a witness, victim or informant; to retaliate or attempt to retaliate against a witness, victim or informant; or to intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony, you shall be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
Signature of Defendant

1092 OCEAN AVE
_____
Address

NEW LONDON, CT              860-447-1315
_____
City and State                    Telephone

### Directions to United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date:  2/24/06
_____
Signature of Judicial Officer

United States District Judge
_____
Name and Title of Judicial Officer

DISTRIBUTION:    COURT    DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL