UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 3:01CR127(RNC) |
| DAVID BICKEL | : |

## ORDER FOR PSYCHOLOGICAL EVALUATION

WHEREAS the defendant David Bickel has been found in violation of his conditions of supervised release and is awaiting sentencing disposition; and

WHEREAS this Court desires more information than is otherwise available in order to determine the mental and emotional condition of the defendant for sentencing purposes, pursuant to 18 U.S.C. § 3552(c); and

WHEREAS this Court has found, pursuant to 18 U.S.C. § 3552(b), that the study can be conducted locally; it is hereby

ORDERED pursuant to 18 U.S.C. § 3552(c) that the defendant be evaluated by Madelon Baranoski, Ph.D., Connecticut Mental Health Center, Law & Psychiatry Division, which examination shall include a review of any available pertinent records of Mr. Bickel, said records to be made available to her through the United States Probation Office, as well as a report or statement of the offense conduct in the case at bar and Mr. Bickel's prior criminal record. It is further

ORDERED that Dr. Baranoski shall prepare a report of her findings, conclusions and recommendations for submission to the Court through the United States Probation Office as part of the presentence report, which report by Dr. Baranoski shall include, but not be limited to, the following:

1. Mr. Bickel's history and present symptoms that might indicate the presence of a mental or emotional disease or defect;

- 2 -

2. A description of any psychological tests that have been employed and their results;

3. The examiner's findings;

4. The examiner's opinions as to the diagnosis, prognosis and any recommended course of treatment for Mr. Bickel, particularly focused upon whether Mr. Bickel is suffering now or has suffered in the past from a mental or emotional disease or defect, and how any such disease or defect might have affected his violation conduct in this case and Mr. Bickel's prospects for rehabilitation through counseling and treatment.

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 6 day of March 2006.

Robert N. Chatigny
United States District Judge