UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 3:01CR127(RNC) |
| v. | : |
| | : |
| DAVID BICKEL | : July 31, 2006 |

NOTICE OF APPEARANCE

Please enter my appearance as counsel for the Government, in the above-referenced case.

Dated at Hartford, Connecticut on the 31st day of July, 2006.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    S. DAVE VATTI
    ASSISTANT UNITED STATES ATTORNEY
    450 MAIN STREET, ROOM 328
    HARTFORD, CT 06103
    TEL. (860) 947-1101
    Federal Bar No. ct11957

2

<u>C E R T I F I C A T I O N</u>

      This is to certify that the within and foregoing has been mailed, via first-class mail this 31st day of July, 2006 to:

Gary Weinberger, Esq.
Assistant Federal Public Defender
10 Columbus Boulevard
Hartford, CT 06106-1976

      _____
      S. DAVE VATTI
      ASSISTANT UNITED STATES ATTORNEY