# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **APPEARANCE** |
| DAVID M. BICKEL | CASE NO.: 3:01CR127(RNC) |

*To the Clerk of this Court and all parties of record:*

   *Enter my Appearance as counsel in this case for:*

                                    **DAVID M. BICKEL**

*Date:*  7/31/2006

                                    *Signature*

*Bar No.:* 05085

                                    Gary D. Weinberger
                                    Print Name

                                    FEDERAL DEFENDER OFFICE
                                    Firm Name

                                    10 Columbus BLVD, FL 6
                                    Address

                                    Hartford,         CT        06106-1976
                                    City              State     Zip Code

                                    (860) 493 6260
                                    Phone Number

*I hereby certify that a copy of the foregoing has been mailed to: S. Dave Vatti, Esq., Assistant United States Attorney, 450 Main Street, Room 328, Hartford, CT 06103, on this 31 day of July, 2006.*

                                    *Signature*