UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | |
| V. | : | CASE NO. 3:01CR127(RNC) |
| | : | |
| DAVID J. BICKEL, JR. | : | |

ORDER RE: SUPERVISED RELEASE

This matter came on before the undersigned on February 7, 2006 pursuant a petition filed by the probation office stating that the defendant had violated the standard conditions of his supervised release requiring him to (1) report to the probation officer and submit a truthful and complete written report within the first five days of each month, and (2) answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. The petition also charged that the defendant had violated the special condition of his supervised release requiring him to make restitution in the amounts of $17,731.00 to Bank One and $3,000.00 to Huntington National Bank.

On February 24, 2006, the defendant appeared with counsel for a hearing. At that time, the defendant admitted to the violations and the Court found that the defendant had violated the foregoing conditions. The defendant's term of supervised release having expired, he was released on a non-surety bond pending a psychological evaluation. The defendant continued to report to the Probation Office while on bond and was compliant with the conditions of his bond. On July 20, 2006, the defendant paid his restitution obligation in full.

Defendant appeared with counsel on November 29, 2006 for sentencing. At the hearing, the court determined that no additional period of supervised release was warranted and terminated the matter.

Accordingly, it is hereby ordered that the defendant's term of supervised release is terminated and no new term of supervised release is imposed.

So ordered.

Dated at Hartford, Connecticut this _____ day of December 2006.

_____/s/_____
Robert N. Chatigny
United States District Judge